AO 245D  (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE District of ALABAMA

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| EDWIN SCOTT CARDEN | Case No.  3:03cr150-01-MHT |
| | USM No.  11291-002 |
| | David Richard Clark |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  _1-8 of the amended petition_  filed on June 13, 2011 of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to refrain from any unlawful use of a controlled substance. | 5/4/2011 |
| 2 | The defendant failed to answer truthfully to inquires by the probation and follow the instructions of the probation officer. | 5/9/2011 |
| 3 | The defendant failed to report to the probation officer as directed and failed to submit truthful and complete written reports within the first 5 days of each month. | 4/6/2011 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. No.: 4470 | August 18, 2011 |
| | Date of Imposition of Judgment |
| Defendant's Year of Birth:  1975 | _/s/ Myron H. Thompson_ |
| | Signature of Judge |
| City and State of Defendant's Residence: Smiths, AL | MYRON H. THOMPSON, U.S. DISTRICT JUDGE |
| | Name and Title of Judge |
| | August 22, 2011 |
| | Date |

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 1A

Judgment—Page __2__ of __3__

DEFENDANT:       EDWIN SCOTT CARDEN
CASE NUMBER:     3:03cr150-01-MHT

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 4 | The defendant failed to notify the probation officer at least ten days prior to any change in residence or employment. | 4/8/2011 |
| 5 | The defendant failed to participate in drug testing and/or treatment as directed by the probation officer. | 5/12/2011 |
| 6 | The defendant failed to refrain from any unlawful use of a controlled substance. | 6/6/2011 |
| 7 | The defendant failed to answer truthfully all inquires by the probation officer and follow the instructions of the probation officer. | 6/6/2011 |
| 8 | The defendant possessed a firearm, other destructive device, or dangerous weapon. | 6/7/2011 |

AO 245D	(Rev. 12/07) Judgment in a Criminal Case for Revocations
        Sheet 2— Imprisonment

|  |  |
|---|---|
| DEFENDANT: | EDWIN SCOTT CARDEN |
| CASE NUMBER: | 3:03cr150-01-MHT |

Judgment — Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

21 Months. The term of supervised release imposed on April 20, 2004 is REVOKED.

☐ The court makes the following recommendations to the Bureau of Prisons:

X   The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL